IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



UNITED STATES OF AMERICA

V.                                                    CASE NO. 3:12CR00077-001

MOHAMED LABIDI

### O R D E R
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

This matter is before the Court on a Report and Recommendation ("R&R") pursuant to

28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable M. Hannah Lauck, United States

Magistrate Judge ("Magistrate Judge"), on June 22, 2012.  Having reviewed the R&R in this case

and there being no objections, this Court **HEREBY ACCEPTS** and **ADOPTS** the R&R.  In

accordance with the R&R, the Court **HEREBY ACCEPTS** the defendant's guilty plea made

pursuant to Fed. R. Crim Pro. 11.

The Clerk is directed to send a copy of this Order to all counsel of record.

And it is so Ordered.

                                        _____/s/_____
                                        Henry E. Hudson
                                        United States District Judge

Date: Jul 9 2012
Richmond, VA